Donald R. Holben, Esq. (SBN 108401)
Carlos Americano, Esq. (SBN 257070)
DONALD R. HOLBEN & ASSOCIATES, APC
5030 Camino de la Siesta, Suite 350
San Diego, CA 92108
Telephone: (619) 220-5555
Facsimile: (619) 220-0033
Email: ca@sandiegotrialattorneys.com

Attorney for Plaintiff,
MICHAEL MCLAIN

**NOTE CHANGES MADE BY THE COURT**

JS-6

Brian P. Walter, Bar No. 171429
bwalter@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone:  310.981.2000
Facsimile:   310.337.0837

Attorney for Plaintiff,
MICHAEL MCLAIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCLAIN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, a California Public Entity; RICHARD BOLTER, an individual; and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | Case No.:  5:22-cv-02163-HDV (KKx)<br><br>**JOINT STIPULATION FOR DISMISSAL**; ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MICHAEL MCLAIN, by and through his undersigned counsel, and Defendant COUNTY OF RIVERSIDE and RICHARD BOLTER, by and through his / it's undersigned counsel, do hereby jointly move, stipulate, and agree to a voluntary dismissal with prejudice of all claims in the above-captioned action. The Parties to this action have reached a settlement of this entire matter.

Dated: April 29, 2024          DONALD R. HOLBEN & ASSOCIATES, APC

By: _____
Carlos Americano, Esq.
Attorney for Plaintiff,
MICHAEL MCLAIN

Dated: April 29, 2024          LIEBERT CASSIDY WHITMORE

By: /S/ Brian Walter
Brian P. Walter
Attorney for Plaintiff,
MICHAEL MCLAIN

IT IS SO ORDERED.

DATED: 4/30/24

_____
**U.S. DISTRICT JUDGE**

2

Joint Stipulation For Dismissal

LCW_DMS\RI080\426\12422997.v3-4/29/24

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On **April 29, 2024,** I served the foregoing document(s) described as **JOINT STIPULATION FOR DISMISSAL** in the manner checked below on all interested parties in this action addressed as follows:

Donald R. Holben, Esq.
Carlos Americano, Esq.
DONALD R. HOLBEN & ASSOCIATES, APC
5030 Camino de la Siesta, Suite 350
San Diego, CA 92108
Tel: (619) 220-5555
Fax: (619) 220-0033
Email: ca@sandiegotrialattorneys.com

*Attorney for Plaintiff MICHAEL MCLAIN*

☐ **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Liebert Cassidy Whitmore for collection and processing of document(s) to be transmitted by facsimile. I arranged for the above-entitled document(s) to be sent by facsimile from facsimile number 310.337.0837 to the facsimile number(s) listed above. The facsimile machine I used complied with the applicable rules of court. Pursuant to the applicable rules, I caused the machine to print a transmission record of the transmission, to the above facsimile number(s) and no error was reported by the machine. A copy of this transmission is attached hereto.

☐ **(BY OVERNIGHT MAIL)** By overnight courier, I arranged for the above-referenced document(s) to be delivered to an authorized overnight courier service, FedEx, for delivery to the addressee(s) above, in an envelope or package designated by the overnight courier service with delivery fees paid or provided for.

|   |   |   |
|---|---|---|
| 1 | ☒ | **(BY ELECTRONIC SERVICE)** By electronically mailing a true and correct copy through Liebert Cassidy Whitmore's electronic mail system from tlane@lcwlegal.com to the email address(es) set forth above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |
| 4 | ☐ | **(BY PERSONAL DELIVERY)** I delivered the above document(s) by hand to the addressee listed above. |

Executed on **April 29, 2024**, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/Taylor Lane*
Taylor J. Lane